David J. Sheehan (DS-4818)
Jason S. Oliver (JO-1676)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Phone: (212) 589-4200
Fax: (212) 589-4201
dsheehan@bakerlaw.com

*Of Counsel:*
Dale M. Heist
Gary H. Levin
S. Maurice Valla
Aleksander J. Goranin (AG-0892)
John F. Murphy
**WOODCOCK WASHBURN LLP**
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
Phone: (215) 568-3100
Fax: (215) 568-3439

*Attorneys for Defendants Orthofix International N.V., Orthofix, Inc., Orthofix Holdings, Inc., Orthofix Biologics, Orthofix Spinal Implants, and Musculoskeletal Transplant Foundation*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| NUVASIVE, INC. and OSIRIS THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORTHOFIX INTERNATIONAL N.V., ORTHOFIX, INC., ORTHOFIX HOLDINGS, INC., ORTHOFIX BIOLOGICS, ORTHOFIX SPINAL IMPLANTS, and MUSCULOSKELETAL TRANSPLANT FOUNDATION, <br><br> Defendants. | *Document Filed Electronically* <br><br> Civil Action No. 2:10-cv-01995-SDW-MCA <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Defendants, Orthofix International N.V., Orthofix, Inc., Orthofix Holdings, Inc., Orthofix Biologics, Orthofix Spinal Implants ("Orthofix Defendants"), and Defendant Musculoskeletal Transplant Foundation ("MTF"), to answer, move, or otherwise respond to the Complaint in the above-captioned action is extended from May 19, 2010 (for the Orthofix Defendants) and May 25, 2010 (for MTF) through and including **June 8, 2010** for all Defendants.

Dated:   New York, New York
         May 12, 2010

_____
Robert J. Schoenberg
**RIKER DANZIG SCHERER HYLAND & PERRETTI LLP**
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

*Attorneys for Plaintiffs*
*NuVasive, Inc. and Osiris Therapeutics, Inc.*

*Of Counsel:*
Jennifer Gordon
Scott B. Familant
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500
*Attorneys for Plaintiff*
*NuVasive, Inc.*

Chris Alder
**OSIRIS THERAPEUTICS, INC.**
7015 Albert Einstein Drive
Columbia, MD 21046
(443) 545-1800
*Attorney for Plaintiff*
*Osiris Therapeutics, Inc.*

_____
David J. Sheehan (DS-4818)
Jason S. Oliver (JO-1676)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Phone: (212) 589-4200
Fax: (212) 589-4201
dsheehan@bakerlaw.com

*Of Counsel:*
Dale M. Heist
Gary H. Levin
S. Maurice Valla
Aleksander J. Goranin (AG-0892)
John F. Murphy
**WOODCOCK WASHBURN LLP**
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
Phone: (215) 568-3100
Fax: (215) 568-3439

*Attorneys for Defendants Orthofix*
*International N.V., Orthofix, Inc., Orthofix*
*Holdings, Inc., Orthofix Biologics, Orthofix*
*Spinal Implants, and Musculoskeletal*
*Transplant Foundation*

SO ORDERED:

_____