David J. Sheehan (DS-4818)
dsheehan@bakerlaw.com
Jason S. Oliver (JO-1676)
joliver@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
T 212.589.4200
F 212.589.4201

*Of Counsel:*
Dale M. Heist
heist@woodcock.com
Gary H. Levin
levin@woodcock.com
S. Maurice Valla
svalla@woodcock.com
Aleksander J. Goranin (AG-0892)
agoranin@woodcock.com
John F. Murphy
jmurphy@woodcock.com
**WOODCOCK WASHBURN LLP**
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
T 215.568.3100
F 215.568.3439

*Attorneys for Defendants/Counterclaim Plaintiffs
Orthofix International N.V., Orthofix, Inc.,
Orthofix Holdings, Inc., Orthofix Biologics,
Orthofix Spinal Implants, and Musculoskeletal
Transplant Foundation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NUVASIVE, INC. and OSIRIS THERAPEUTICS, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ORTHOFIX INTERNATIONAL N.V., ORTHOFIX, INC., ORTHOFIX HOLDINGS, INC., ORTHOFIX BIOLOGICS, ORTHOFIX SPINAL IMPLANTS, and MUSCULOSKELETAL TRANSPLANT FOUNDATION, <br><br> Defendants/Counterclaim Plaintiffs. | *Document Filed Electronically* <br><br> No. 2:10-cv-01995-SDW -MCA <br><br><br> **ORTHOFIX INTERNATIONAL N.V., ORTHOFIX, INC., ORTHOFIX HOLDINGS, INC., ORTHOFIX BIOLOGICS, AND ORTHOFIX SPINAL IMPLANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1, defendants/counterclaim

plaintiffs Orthofix International N.V., Orthofix Inc., Orthofix Holdings, Inc., Orthofix Biologics,

Orthofix Spinal Implants, by and through their undersigned counsel, make the following disclosures:

1.      Orthofix Biologics is a name under which Blackstone Medical, Inc. does business. Disclosure for Blackstone Medical, Inc. is provided below in ¶ 3.

2.      Orthofix Spinal Implants is a name under which Blackstone Medical, Inc. does business.  Disclosure for Blackstone Medical, Inc. is provided below in ¶ 3.

3.      Blackstone Medical, Inc. is a wholly owned subsidiary of Orthofix Holdings, Inc., disclosure for which is provided below in ¶ 5.

4.      Orthofix Inc. is a wholly owned subsidiary of Orthofix Holdings, Inc, disclosure for which is provided below in ¶ 5.

5.      Orthofix Holdings, Inc. is a wholly owned subsidiary of Victory Medical Limited. All of Orthofix Holdings, Inc.'s stock is owned by Victory Medical Limited.  Victory Medical Limited is a wholly owned subsidiary of Colgate Medical Ltd.  All Victory Medical Limited's stock is owned by Colgate Medical Ltd.  Colgate Medical Ltd. is a wholly owned subsidiary of Intavent Orthofix Ltd.  All of Colgate Medical Ltd.'s stock is owned by Intavent Orthofix Ltd. Intavent Orthofix Ltd. is a wholly owned subsidiary of Orthofix International II BV.  All of Intavent Orthofix Ltd.'s stock is owned by Orthofix International II BV.  Orthofix International II BV is a wholly owned subsidiary of Orthofix BV.  All of Orthofix International II BV's stock is owned by Orthofix BV.  Orthofix BV is a wholly owned subsidiary of Orthofix International N.V, disclosure for which is provided below in ¶ 6.

6.      Orthofix International N.V. has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: June 8, 2010                           Respectfully submitted,
New York, New York

s/ David J. Sheehan
David J. Sheehan (DS-4818)
dsheehan@bakerlaw.com
Jason S. Oliver (JO-1676)
joliver@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
T 212.589.4200
F 212.589.4201

Dale M. Heist
heist@woodcock.com
Gary H. Levin
levin@woodcock.com
S. Maurice Valla
svalla@woodcock.com
Aleksander J. Goranin (AG-0892)
agoranin@woodcock.com
John F. Murphy
jmurphy@woodcock.com
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
T 215.568.3100
F 215.568.3439

*Attorneys for Defendants/Counterclaim
Plaintiffs Orthofix International N.V.,
Orthofix, Inc., Orthofix Holdings, Inc.,
Orthofix Biologics, Orthofix Spinal
Implants, and Musculoskeletal Transplant
Foundation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

NUVASIVE, INC. and OSIRIS THERAPEUTICS, INC.,

              Plaintiffs

v.

ORTHOFIX INTERNATIONAL N.V., et al

              Defendants

---

Docket No. 10-cv-01995 (SDW) (MCA)

## CERTIFICATE OF SERVICE

I, Jason S. Oliver, hereby certify that on this 8th day of June, 2010, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement for Defendants Orthofix International N.V., Orthofix, Inc., Orthofix Holdings, Inc., Orthofix Biologics and Orthofix Spinal Implants to be served by e-mail and CM/ECF (for those registered) on the following:

Robert J. Schoenberg
rschoenberg@riker.com
Riker, Danzig, Scherer, Hyland & Perretti LLP
1 Speedwell Avenue
Morristown, NJ 07962-1981
T 973.538.0800
F 973.538.1984

Jennifer Gordon
jennifer.gordon@bakerbotts.com
Scott B. Familant
scott.familant@bakerbotts.com
Baker Botts LLP
30 Rockefeller Plaza
New York, New York 10112
T 212.408.2500
F 212.408.2501

Chris Alder
CAlder@osiris.com
Osiris Therapeutics, Inc.
7015 Albert Einstein Drive
Columbia, MD 21046
T 443-545-1862

F 410-530-4850

*Attorneys for Plaintiffs/Counterclaim Defendants*
*Nuvasive, Inc. and Osiris Therapeutics, Inc.*

<u>s/ *Jason S. Oliver*</u>
Jason S. Oliver (JO-1676)
joliver@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111
T 212.589.4200
F 212.589.4201