Robert J. Schoenberg
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

*Attorneys for Plaintiffs*
*NuVasive, Inc. and Osiris Therapeutics, Inc.*

*Of Counsel:*

Jennifer Gordon
Scott B. Familant
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500

*Attorneys for Plaintiff*
*NuVasive, Inc.*

Chris Alder
OSIRIS THERAPEUTICS, INC.
7015 Albert Einstein Drive
Columbia, MD 21046
(443) 545-1800

*Attorney for Plaintiff*
*Osiris Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NUVASIVE, INC. and OSIRIS THERAPEUTICS, INC., Plaintiffs, | Civ. No. 2:10-cv-01995-SDW-MCA |
| v. | Hon. Susan D. Wigenton, U.S.D.J. |
| ORTHOFIX INTERNATIONAL N.V., ORTHOFIX, INC., ORTHOFIX HOLDINGS, INC., ORTHOFIX BIOLOGICS, ORTHOFIX SPINAL IMPLANTS, and MUSCULOSKELETAL TRANSPLANT FOUNDATION, Defendants. | **PLAINTIFFS' REPLY TO DEFENDANT MUSCULOSKELETAL TRANSPLANT FOUNDATION'S COUNTERCLAIMS** |

Plaintiffs/Counterclaim Defendants NuVasive, Inc. and Osiris Therapeutics, Inc. (collectively, "Plaintiffs") by their respective undersigned attorneys, for their Reply to the Counterclaims of Defendant Musculoskeletal Transplant Foundation (collectively "MTF"), state as follows:

## PARTIES

1. On information and belief, admit the allegation of Paragraph 1 of said Counterclaims.

2. On information and belief, admit the allegation of Paragraph 2 of said Counterclaims.

3. On information and belief, admit the allegation of Paragraph 3 of said Counterclaims.

4. On information and belief, admit the allegation of Paragraph 4 of said Counterclaims.

5. On information and belief, admit the allegation of Paragraph 5 of said Counterclaims.

6. Admit the allegation of Paragraph 6 of said Counterclaims.

7. Admit the allegation of Paragraph 7 of said Counterclaims as of the filing date of the Complaint, but note that, effective May 31, 2010, Plaintiff Osiris Therapeutics, Inc. is now incorporated under the laws of the State of Maryland.

## JURISDICTION AND VENUE

8. Admit the allegation of Paragraph 8 that said Counterclaims purport to arise under the Declaratory Judgment Act and the patent laws of the United States. Except as so admitted, deny that said Counterclaims have merit.

9. Admit the allegation of Paragraph 9 of said Counterclaims.

10. Admit the allegation of Paragraph 10 of said Counterclaims.

**REPLY TO COUNT I – DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

11. Responding to the allegation of Paragraph 11, Plaintiffs/Counterclaim Defendants incorporate their responses to the allegations of Paragraphs 1 through 10 of said Counterclaims.

12. Admit that the ’239 Patent was issued by the United States Patent & Trademark Office on March 12, 2002, and admit that Osiris is the owner of the ’239 Patent, but deny that the ’239 Patent was issued “improperly,” and otherwise deny the allegations of Paragraph 12 of said Counterclaims.

13. Admit the allegation of Paragraph 13 of said Counterclaims.

14. Admit that MTF infringes the ’239 Patent, and that the ’239 Patent is valid, but otherwise deny the allegations of Paragraph 14 of said Counterclaims.

15. Deny the allegations of Paragraph 15 of said Counterclaims.

16. Admit that a judicial determination is necessary and appropriate but otherwise deny the allegations of Paragraph 16 of said Counterclaims.

**REPLY TO COUNT II – DECLARATORY JUDGMENT OF INVALIDITY**

17. Responding to the allegation of Paragraph 17, Plaintiffs/Counterclaim Defendants incorporate their responses to the allegations of Paragraphs 1 through 16 of said Counterclaims.

18. Deny the allegations of Paragraph 18 of said Counterclaims.

19. Admit that a judicial determination is necessary and appropriate but otherwise deny the allegations of Paragraph 19 of said Counterclaims.

**EXCEPTIONAL CASE**

20. Deny the allegations of Paragraph 20 of said Counterclaims.

## RELIEF REQUESTED

Plaintiffs/Counterclaim Defendants deny that MTF is entitled to any relief whatsoever against Plaintiffs/Counterclaim Defendants in this action, either as requested in its Counterclaims or otherwise.

## JURY DEMAND

Plaintiffs admit that MTF demands a trial by jury on all issues so triable.

## PLAINTIFFS' AFFIRMATIVE DEFENSES TO MTF'S DECLARATORY JUDGMENT COUNTERCLAIMS I-II

As and for their separate affirmative defenses to MTF's Declaratory Judgment Counterclaims I-II, Plaintiffs allege as follows:

21. The '239 Patent is valid and enforceable.

22. Upon information and belief, MTF has induced and/or contributed to infringement of one or more claims of the '239 Patent, and will continue to induce and/or contribute to infringement of one or more claims of the '239 Patent, as set forth in detail in Paragraphs 35-45 of the Complaint.

WHEREFORE, Plaintiffs/Counterclaim Defendants pray for judgment upon MTF's Declaratory Judgment Counterclaims I-II as follows:

a. That each of said Counterclaims be dismissed with prejudice and that MTF take nothing thereunder.

b. That Plaintiffs/Counterclaim Defendants be awarded such other and further relief as the Court may deem just and proper.

Respectfully submitted,

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

Dated: June 25, 2010

By s/ Robert J. Schoenberg

Headquarters Plaza
1 Speedwell Avenue
Morristown, NJ 07962-1981
Tel: 973-538-0800
Fax: 973-538-1984
Email: rschoenberg@riker.com

*Attorneys for Plaintiffs NuVasive, Inc. and Osiris Therapeutics, Inc.*

Jennifer Gordon
Scott B. Familant
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500

*Attorneys for Plaintiff NuVasive, Inc.*

Chris Alder
OSIRIS THERAPEUTICS, INC.
7015 Albert Einstein Drive
Columbia, MD 21046
(443) 545-1800

*Attorney for Plaintiff Osiris Therapeutics, Inc.*